1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>MIETZNER CONSTRUCTION, INC., <br><br>Defendant. | NO. CV 07-07732 SJO (JTLx) <br><br>**AMENDED JUDGMENT** |
|---|---|

This action came before the Court on Plaintiffs' motion for default judgment. After full consideration of all admissible evidence and documents submitted, the Court granted Plaintiffs' motion as to its claims against Defendant MIETZNER CONSTRUCTION, INC.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment be entered in favor of plaintiffs on all claims.
2. That Plaintiffs are awarded $29,424.61 in damages for unpaid contributions, $3545.20 in liquidated damages, and $2810.74 in prejudgment interest.

///

///

///

3. That Plaintiffs are awarded $2746.83 in attorney fees and $667.28 in court costs.

IT IS SO ADJUDGED.

Dated this 29th day of May, 2008.              /S/  S. James Otero

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE